CHARLOTTE POLAND, *ET AL.*, PLAINTIFFS-PETITIONERS, v. NED J. PARSEKIAN, DIRECTOR, DEFENDANT-RESPONDENT.

See same case below: 81 *N. J. Super.* 395.

*Mr. Jack DiNola* for the petitioners.

*Mr. Irving H. Lewis* for the respondent.

February 10, 1964. Denied.

NORMAN SCHWARTZ, PLAINTIFF-RESPONDENT, v. RARITAN OIL COMPANY, DEFENDANT-PETITIONER.

*Messrs. Mead, Gleeson, Hansen & Pantages* and *Mr. Joseph A. Clarken, Jr.* for the petitioner.

*Messrs. Pincus, Shamy & Sheehan* for the respondent.

February 10, 1964. Denied.